**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 15 WM 2019
                          :
           Respondent        :
                          :
                          :
                          :
           v.                  :
                          :
                          :
ERIC J. HALL,                 :
                          :
           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 30 days.